SerO-O

FILED
CLERK, U.S. DISTRICT COURT

APR 18 2014

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) Case No.: ED 14-167m
                           )
         Plaintiff,        ) ORDER OF DETENTION PENDING
                           ) FURTHER REVOCATION
    v.                     ) PROCEEDINGS
                           ) (FED. R. CRIM. P. 32.1(a)(6); 18
Cesar Ramirez-Rosales      ) U.S.C. § 3143(a)(1))
                           )
         Defendant.        )

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Eastern___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

   (X)   information in the Pretrial Services Report and Recommendation
   (X)   information in the violation petition and report(s)
   (X)   the defendant's nonobjection to detention at this time
   ( )   other: _____

1

1       and/ or

2 B. (X)   The defendant has not met his/her burden of establishing by clear and

3       convincing evidence that he/she is not likely to pose a danger to the

4       safety of any other person or the community if released under 18 U.S.C.

5       § 3142(b) or (c). This finding is based on the following:

6       (X)   information in the Pretrial Services Report and Recommendation

7       (X)   information in the violation petition and report(s)

8       (X)   the defendant's nonobjection to detention at this time

9       ( )   other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further

12 revocation proceedings.

14 Dated: April 18, 2014           _____

15                                       SHERI PYM
                                      United States Magistrate Judge